The People of the State of New York ex rel. Frances V. Hallock and Another, as Administrators, etc., of David H. Valentine, Deceased, Relators, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Joseph Reiter, Respondent, v. Angelo Di'Nicholas, Appellant.— Motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The Tichborne Press, Appellant, v. Champe S. Andrews, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Town of Pelham, Appellant, v. John M. Shinn, Respondent.— Motion to resettle order denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frank B. Wilson, Respondent, v. John Hanna, Appellant.— Motion denied, without costs, on condition that the appellant perfect his appeal within ten days, place the cause at the foot of the present calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Morris Berkowsky, Respondent, v. Solomon Metzendorf and Samuel Metzendorf, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Mary Blair Brokaw, Respondent, v. William Gould Brokaw, Appellant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Concetti Ciampi, as Administratrix, etc., of Gennaro Ciampi, Deceased, Appellant, v. The Long Island Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

Continental Securities Company and Clarence H. Venner, Stockholders in the Interborough Rapid Transit Company, on Behalf of Themselves and All Other Stockholders Similarly Situated, and on Behalf of the Said Interborough Rapid Transit Company, Respondents, v. August Belmont and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Louis G. Engel, Respondent, v. Henry Doscher and Others, as Executors, etc., of Claus Doscher, Deceased, Appellants, Impleaded with Barbara Lauer and Others, Defendants. (Action No. 2.) — Order so far as appealed from reversed, without costs, upon the ground that the court had no power to grant the additional allowance. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., dissented upon the ground that the record is insufficient to permit the review of the order appealed from.